IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
__Northern__ DIVISION

__Hale__            PLAINTIFF

VERSUS        CIVIL ACTION NO. __3:16CV105__

__Bridget Smith et al__        DEFENDANT(S)

FILED MAR 21 2016
SOUTHERN DISTRICT OF MISSISSIPPI
BY_____ARTHUR JOHNSTON_____DEPUTY

## NOTICE OF VOLUNTARY DISMISSAL

As the plaintiff, I hereby dismiss this cause, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. I further attest that this motion is voluntarily made and is not based upon pressure or threats from any source whatsoever.

This the __10__ day of __March__, 20__16__.

__John Hale__
Signature of Plaintiff

> After reviewing the correspondence from this Court, if you wish to dismiss your case you should fill in your name, the name of the defendant(s) and the case number on this form and return the signed copy of this Notice of Voluntary Dismissal to the Clerk of Court immediately.

PSP-4



John Hale #24720

EMCF INMATE LEGAL
ASSISTANCE PROGRAM
10641 HIGHWAY 80 WEST
MERIDIAN, MS 39307

APPROVED LEGAL MAIL
MAR 15 2016
EMCF: LEGAL LIBRARY

LEGAL MAIL

United States District Court
501 East Court St, Suite 2500
Jackson MS 39201

Legal Mail

MAR 21 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT
RECEIVED

Hasler
03/17/2016
US POSTAGE $00.48⁵
FIRST-CLASS MAIL
ZIP 39307
011D11634232